```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
SANDRA SANON, individually and on behalf of all                         :
other persons similarly situated,                                       :
                                                                        :
                                                                        :   22-CV-10583 (JMF)
                            Plaintiffs,                                 :
                                                                        :   ORDER SCHEDULING
            -v-                                                         :   DEFAULT JUDGMENT
                                                                        :   BRIEFING AND SHOW
KIDZ DISCOVERY INC., et al.,                                            :   CAUSE HEARING
                                                                        :
                            Defendants.                                 :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On **June 6, 2023**, Plaintiff filed a motion for a default judgment against Defendant Kidz Discovery Inc. under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 42.

It is hereby ORDERED that Defendant Kidz Discovery Inc. shall file any opposition to the motion for default judgment by **July 14, 2023**. Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendant Kidz Discovery Inc. shall appear and show cause before this Court on **July 25, 2023**, at **10:00 a.m.**, why an order should not be issued granting a default judgment against Defendant Kidz Discovery Inc. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. No later than Thursday the week prior to the conference date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

In the event that Defendant Kidz Discovery Inc. appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference. That is, if Defendant Kidz Discovery Inc. appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of December 16, 2023, including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference and by participating in an early settlement conference with the assigned Magistrate Judge at least

two weeks prior to the initial pretrial conference conference.  *See* ECF No. 5.

It is further ORDERED that Plaintiff serve Defendant Kidz Discovery Inc. via first-class mail **and** email with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **within one business day of the filing of each document**.  In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: June 8, 2023
      New York, New York

                                                  JESSE M. FURMAN
                                              United States District Judge