# DANNY GRACE PLLC
## ATTORNEYS AND COUNSELORS AT LAW

Writer's email: yuting@dannygracepc.com
Writer Admitted in: New York, United States District Court for the Southern and Eastern Districts of New York

225 BROADWAY, SUITE 1200
NEW YORK, NY 10007
212.202-2485
718-732-2821 FAX

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Sandra Sanon v Kidz Discovery, Inc. et.al.*, 1:22-cv-10583-JMF-GWG

Dear Judge Furman:

We represent Plaintiff in the above-referenced matter. The Parties jointly write to your Honor to respectfully request an adjournment of the Conference of August 22, 2023, at 10:00. (ECF No. 53).

This is the first request for such an adjournment. Such request is needed because of our principal attorney will be taking annual leave at that time and also because Defendant Deanna Malachi will be on vacation from approximately August 24 to September 8, 2023. The exiting deadlines for Defendant Kidz Discovery, Inc. to oppose Plaintiff's motion for default judgment and for Defendant Malachi to file a response to Plaintiff's First Amended Complaint is August 18, 2023. (ECF No. 53).

Thus, the Parties respectfully request that this Court adjourn the conference to September 11, 2023, or September 14, 2023, or to a date that is convenient for the Court.

Thank you for your consideration.

Dated:   July 28, 2023

Respectfully submitted,

_____/s/_____
Yuting Li, Esq.
Danny Grace PLLC
225 Broadway, Suite 1200
New York, NY 10007
(212) 202-2485
*Attorneys for Plaintiff Sandra Sanon*

Application GRANTED. The conference previously scheduled for August 22, 2023, is hereby adjourned to September 14, 2023, at 4:30 p.m., and will be held via telephone. The deadlines for Kidz Discovery Inc. to oppose the motion for default judgment and the deadline for Malachi to file a new answer or otherwise respond to the complaint are both extended to September 7, 2023. The Clerk of Court is directed to terminate ECF No. 54.

SO ORDERED.

*[signature]*

July 28, 2023