UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
SANDRA SANON, *individually and on behalf of all*                   :
*other persons similarly situated*,                                 :
                                                                    :
                                          Plaintiff,                :         22-CV-10583 (JMF)
                                                                    :
              -v-                                                   :              ORDER
                                                                    :
KIDZ DISCOVERY INC. et al.,                                         :
                                                                    :
                                          Defendants.               :
                                                                    :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Now that Defendant Deanna Malachi has filed an Amended Answer, *see* ECF No. 60, the parties shall appear for a teleconference with the Court on **October 25, 2023**, at **3:00 p.m.**  To join the conference, the parties should call the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key.  Members of the public and press may attend using the same dial-in information; they will be placed in listen-only mode. The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases(available at https://nysd.uscourts.gov/hon-jesse-m-furman), including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send an email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of those who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  Given Ms. Malachi's *pro se* status, Plaintiff's counsel shall submit that email to the Court.

        SO ORDERED.

Dated: October 19, 2023
       New York, New York                        _____
                                                 JESSE M. FURMAN
                                                 United States District Judge