```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
SANDRA SANON, individually and on behalf of all                      :
other persons similarly situated,                                    :
                                                                     :
                                Plaintiff,                           :      22-CV-10583 (JMF)
                                                                     :
                -v-                                                  :      ORDER
                                                                     :
KIDZ DISCOVERY INC. et al.,                                          :
                                                                     :
                                Defendants.                          :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Although the Court had ordered the parties to appear for a teleconference earlier today, *see* ECF No. 61, *pro se* Defendant Deanna Malachi did not appear. That is unacceptable, but the Court will give Malachi one more chance to appear before imposing any sort of sanction. Accordingly, the parties shall appear for a teleconference with the Court on **November 8, 2023**, at **3:30 p.m. Malachi is warned that if she fails to appear again, the Court may impose sanctions and/or may invite Plaintiff to file a motion to strike her Amended Answer and to enter a Default Judgment against her.** To join the conference, the parties should call the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key. Members of the public and press may attend using the same dial-in information; they will be placed in listen-only mode. The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send an email to the

Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of those who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. Given Malachi's *pro se* status, Plaintiff's counsel shall submit that email to the Court.

During the conference held on the record in Malachi's absence, Plaintiff's counsel advised that settlement may be feasible in light of Malachi's Amended Answer. In light of that, the parties shall, no later than **November 1, 2023**, **jointly** contact the Chambers of Magistrate Judge Stein (to whom the case is already referred for settlement purposes, *see* ECF No. 4) to schedule a settlement conference as soon as Magistrate Judge Stein's schedule permits. If the parties schedule a settlement conference and believe that the teleconference scheduled above should be adjourned pending the settlement conference, Plaintiff shall file a letter-motion seeking an appropriate adjournment of the teleconference.

SO ORDERED.

Dated: October 25, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge