**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SANDRA SANON, individually and on behalf of all other persons similarly situated, | |
| Plaintiff, | Case No.: 22-CV-10583(JMF)(GS) |
| v. | |
| KIDZ DISCOVERY, INC., ELIZA MACKY, and DEANNA MALACHI, | **Notice of Motion to Strike Answer of Defendant Deanna Malachi and to Enter Default Judgment Against Her** |
| Defendants. | |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Yuting Li, Esq., Plaintiff's Memorandum of law, and upon all prior papers and proceedings herein, Plaintiff will move this Court, before the Honorable Jesse M. Furman, United States District Judge at the United States Courthouse for the Southern District of New York, pursuant to Federal Rules of Civil Procedure 55 and Local Rule 55, for an Order: (1) striking the Answer of Deanna Malachi, (2) entering a default judgment against Defendant Malachi, (3) awarding Plaintiff damages for unpaid wages, pre-judgment interest and costs and attorney's fees, in the amount of $46,569.82, (4) scheduling an evidentiary hearing to establish the specific amount of damages owed to Plaintiff if this Court deems it necessary; (5) awarding post-judgment interest, as calculated under 28 U.S.C.§1961; and (6) granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Civ. P. 6 and Local Civil Rules 6.1 and Rule 6.4, answering papers, if any, shall be served on the undersigned no later than fourteen (14) days after service of the moving papers or at such other time as this Court may direct. The moving party shall have seven (7) days after service of the responding papers to file and serve reply papers.

Dated:       December 1, 2023
                New York, New York

Respectfully submitted,

By: _____/S/_____
     Yuting Li, Esq.
Danny Grace PLLC
225 Broadway, Suite1200
New York, NY 10007
(212) 202 -2485
*Attorneys for Plaintiff*